**2008–0975.  Toledo v. Ohio.**

Lucas App. No. L–07–1261, 2008-Ohio-1957. Discretionary appeal accepted; cause held for the

decisions in 2008–0128, *Lima v. State,* Allen App. No. 1–07–21, 2007-Ohio-6419, and 2008–0418, *State v. Akron,* Summit App. No. 23660, 2008-Ohio-38; and briefing schedule stayed.